IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-228 |
| | ) |
| JASON GREGORY. | ) |

### FINAL ORDER OF FORFEITURE

AND NOW, this 26th day of September, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the Emachine Model D2386 is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation, Jason Gregory.

_____
J.